
AUGC
MAD
x9290

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. **21-MJ-1686** |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| **Adan TABLAS-Bahena** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **April 28, 2021**, within the Southern District of California, defendant, **Adan TABLAS-Bahena,** an alien who had previously been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Diana B. Alvarado, Deportation Officer,
U.S. Immigration & Customs Enforcement

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1 ON APRIL 29, 2021.

BARBARA L. MAJOR
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

On **April 28, 2021**, the defendant identified as **Adan TABLAS-Bahena**, was encountered by Immigration Customs and Enforcement (ICE) Deportation Officers assigned to the Fugitive Operations Unit, while conducting surveillance to locate one of their intended targets in the city of El Cajon, California. Deportation Officers issued an ICE Warrant of Arrest for the defendant, after becoming aware of his criminal and immigration history by running checks through various ICE databases. Deportation Officers saw a male matching the physical description of their target get inside a white Dodge Challenger, that is currently registered to his wife, parked on the street. Deportation Officers approached the vehicle and verbally identified themselves. Deportation Officers gave the defendant verbal commands to place his hands on the steering wheel, but the defendant shifted his vehicle in drive and was looking around to possibly drive off. After Deportation Officers continued to give him verbal commands to place his vehicle in park, the defendant complied. Deportation Officers noticed the defendant started searching under his seat instead of placing his hand on the steering wheel. Deportation Officers had knowledge the defendant had been investigated by local police for a shooting that took place in the defendant's home. Deportation Officers perceived the defendant looking under his seat as a threat to their safety and broke the passenger side window of the vehicle. Deportation Officers unlocked the vehicle and took the defendant out and placed him under arrest for immigration violations. Deportation Officers positively identified the defendant as their target. Deportation Officers transported the defendant to the San Diego Field Officer for further processing.

The Automated Biometric Fingerprint Identification System "IDENT" and Integrated Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Adan TABLAS-Bahena,** a citizen and national of Mexico who was previously removed from the United States to Mexico.

A review of official immigration database record checks revealed the defendant was ordered removed by an Immigration Judge on or about January 6, 2011 and physically removed from the United States to Mexico on January 11, 2011 via the Harlingen, Texas Port of Entry. The defendant was last removed to Mexico on March 17, 2015 via the San Ysidro, California Port of Entry. Record checks further indicate the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

After having been admonished as to his rights per MIRANDA, and during a video recorded interview, the defendant freely and voluntarily made the following acknowledgments and statements. The defendant acknowledged he is a citizen of Mexico, who was previously removed from the United States and had not obtained a waiver to reenter the United States after having been removed. The defendant stated he entered the United States sometime in 2015 by crossing the U.S./Mexico border near Tecate, Mexico. The defendant stated he did not make smuggling arrangements but knew it was illegal to enter the United States in the manner that he did.